CHRISTOPHER D. BRIGHT (SBN 206273)
christopher.bright@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
600 Anton Boulevard, Ste. 1800
Costa Mesa, CA 92626
Tel: 714.830.0600
Fax: 714.830.0700

Attorneys for Defendant
APRICORN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPEX TECHNOLOGIES, INC. <br><br> Plaintiff <br><br> v. <br><br> APRICORN <br><br> Defendant, | CASE NO.: 2:16-CV-07349 JVS (ARGx) <br><br> Hon. James V. Selna <br><br> **DEFENDANT APRICORN'S MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT** <br><br> **ORAL ARGUMENT REQUESTED** <br><br> Date: November 12, 2019 <br> Time: 1:30 p.m. <br> Location: Courtroom 10C |

1    **PLEASE TAKE NOTICE THAT** on November 12, 2019, or as soon as

2    counsel may be heard, Defendant Apricorn ("Apricorn"), through its counsel of

3    record, will move this Court, for an Order Granting Summary Judgment of

4    Noninfringement of U.S. Patent No. 6,088,802.

5    Apricorn's Motion is supported by the following: Memorandum in Support

6    of Defendant Apricorn's Motion for Summary Judgment of Noninfringement, the

7    accompanying Statement of Uncontroverted Facts and Conclusions of Law, the

8    Declaration of Christopher D. Bright in Support of Defendant Apricorn's Motion

9    for Summary Judgment of Noninfringement, the exhibits attached to the

10    Declaration, and the pleadings and papers submitted and on file, and such other and

11    further argument that may be presented at the hearing on this motion.  A [Proposed]

12    Order is filed concurrently herewith.

13

14    Dated:  August 8, 2019               Respectfully submitted,

15

16                                      *Christopher D. Bright*

Christopher D. Bright

17                                    christopher.bright@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP

18                                    600 Anton Boulevard, Ste. 1800

19                                    Costa Mesa, CA 92626

Tel: 714.830.0600

20                                    Fax: 714.830.0700

21

22                                    Attorneys for Defendant

APRICORN

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2019, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Central District of California by using the CM/ECF system, which constitutes service on all counsel of record to this action.

Executed on August 8, 2019, at Costa Mesa, California.


 /s/ Christopher D. Bright
CHRISTOPHER D. BRIGHT