RUSS, AUGUST & KABAT
Marc A. Fenster, SBN 181067
mfenster@raklaw.com
Ben Wang, SBN 228712
bwang@raklaw.com
Andrew D. Weiss, SBN 232974
aweiss@raklaw.com
12424 Wilshire Boulevard
Twelfth Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

Attorneys for Plaintiff
SPEX TECHNOLOGIES, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| SPEX TECHNOLOGIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>APRICORN, INC.,<br><br>Defendant. | Case No. 2:16-CV-07349-JVS-AGR<br><br>**PLAINTIFF'S ORDER RE: AMENDED REQUEST FOR LOADING DOCK ACCESS TO REMOVE TRIAL MATERIALS & BOXES FROM COURTROOM** |

**ORDER RE: REQUEST FOR LOADING DOCK ACCESS TO REMOVE TRIAL MATERAL/BOXES FROM COURTROOM**

Counsel for Plaintiff SPEX Technologies, Inc. has advised the Court that on February 7, 2020 at 4:30 p.m., Plaintiff requests access to the Court's loading dock to remove boxes/materials from Honorable Judge James V. Selna Courtroom 10C. The persons removing the materials will be:

Raul Fonseca, CA Driver's License A1660584, in a car with the license plate 31474D1, and Javier Ramiro Villalvazo, CA Driver's License B7225754, both of Inservio3.

Mr. Fonseca and Mr. Villalvazo hereby request access to the loading dock to remove the following trial materials: 10 boxes containing trial exhibits binders, trial folders and miscellaneous trial supplies.

Having considered Plaintiff's application, it is hereby ORDERED that the individuals referenced above may remove the above-referenced materials to Courtroom 10C on February 7, 2020 at 4:30 p.m.

DATED: February 6, 2020

Respectfully submitted,

RUSS, AUGUST & KABAT

 /s/   Marc A. Fenster
  Marc A. Fenster

RUSS, AUGUST & KABAT
Marc A. Fenster, SBN 181067
mfenster@raklaw.com
Ben Wang, SBN 228712
bwang@raklaw.com
Andrew D. Weiss, SBN 232974
aweiss@raklaw.com
12424 Wilshire Boulevard
Twelfth Floor
Los Angeles, California 90025

1

ORDER RE: REQUEST FOR LOADING DOCK ACCESS TO REMOVE TRIAL MATERAL/BOXES FROM COURTROOM

| | |
|---|---|
| 1 | Telephone: (310) 826-7474 |
| 2 | Facsimile: (310) 826-6991 |
| 3 | **Attorneys for Plaintiff**<br>**SPEX TECHNOLOGIES, INC.** |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on February 6, 2020. As such, this document was served on all counsel who have consented to electronic service.

                                        /s/   Marc A. Fenster

Russ, August & Kabat

1

ORDER RE: REQUEST FOR LOADING DOCK ACCESS TO REMOVE TRIAL MATERAL/BOXES FROM COURTROOM