# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | CV 16-07349 JVS (AGRx) |
| Title: | SPEX Technologies v. Apricorn, Inc. |
| Date | February 7, 2020 |

**Present: The Honorable** JAMES V. SELNA, United States District Judge

| Lisa Bredahl Armijo | Sharon Seffens |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

**Attorneys Present for Plaintiff(s):**
Benjamin Wang; Marc Fenster;
Adam Hoffman; Justin Maio

**Attorneys Present for Defendants:**
Christopher Bright; Hersh Mehta; Thomas Nolan;
Carla Oakley; Ehsun Forghany

____ Day Court Trial       6th Day Jury Trial

____ One day trial:   ____ Begun (1st day);   **X** Held & Continued;   ____ Completed by jury verdict/submitted to court.

- [ ] The Jury is impaneled and sworn.
- [ ] Opening statements made by _____
- [ ] Witnesses called, sworn and testified.   [ ] Exhibits Identified   [ ] Exhibits admitted.
- [ ] Plaintiff(s) rest.   [ ] Defendant(s) rest.
- [✔] Closing arguments made by   [✔] plaintiff(s)   [✔] defendant(s).   [✔] Court instructs jury.
- [✔] Bailiff(s) sworn.   [✔] Jury retires to deliberate.   [ ] Jury resumes deliberations.
- [ ] Jury Verdict in favor of   [ ] plaintiff(s)   [ ] defendant(s) is read and filed.
- [ ] Jury polled.   [ ] Polling waived.
- [ ] Filed Witness & Exhibit Lists   [ ] Filed jury notes.   [ ] Filed jury instructions.
- [ ] Judgment by Court for   [ ] plaintiff(s)   [ ] defendant(s).
- [ ] Findings, Conclusions of Law & Judgment to be prepared by   [ ] plaintiff(s)   [ ] defendant(s).
- [ ] Case submitted.   [ ] Briefs to be filed by _____
- [ ] Motion to dismiss by _____ is   [ ] granted.   [ ] denied.   [ ] submitted.
- [ ] Motion for mistrial by _____ is   [ ] granted.   [ ] denied.   [ ] submitted.
- [ ] Motion for Judgment/Directed Verdict by _____ is   [ ] granted.   [ ] denied.   [ ] submitted.
- [ ] Settlement reached and placed on the record.
- [✔] Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
- [ ] Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
- [ ] Trial subpoenaed documents returned to subpoenaing party.
- [✔] Case continued to Tuesday, February 11, 2020 at 9:00 a.m. for further trial/further jury deliberation.
- [✔] Other: Court and counsel confer re jury instructions.
       Jury Note #1 is addressed in open Court.

                                                                                     3 : 45
                                                Initials of Deputy Clerk             lmb

cc: