FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB 11 2020

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPEX TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> APRICORN, <br><br> Defendant. | CASE NO: CV 16-7349 JVS (AGRx) <br><br> SPECIAL VERDICT |

DATED: February 7, 2020

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

F

1

# SPECIAL VERDICT

In accordance with the Court's instructions, we the jury answer the following questions

1. Did SPEX prove by a preponderance of the evidence that Apricorn infringed any of the asserted claims?

Answer "Yes" or "No" for each claim:

| '802 Patent | Infringed? |
|---|---|
| Claim 11 | yes |
| Claim 12 | yes |

If you found any claim infringed, answer the following question. Otherwise, skip to the end and sign and date the verdict.

2. What has SPEX proven by a preponderance of the evidence that it is entitled to as a reasonable royalty for Apricorn's infringing sales?

Number of infringing units __819,157__ x Royalty per unit __3.75__ = $ __3,071,838.75__

F

2

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. The Presiding Juror should sign and date the verdict form in the spaces below and notify the Bailiff that you have reached a verdict. The Presiding Juror should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

Dated: 2/11/2020              Signed: ███████████

F

3