RUSS, AUGUST & KABAT
Marc A. Fenster, SBN 181067
mfenster@raklaw.com
Ben Wang, SBN 228712
bwang@raklaw.com
Andrew D. Weiss, SBN 232974
aweiss@raklaw.com
12424 Wilshire Boulevard
Twelfth Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

Attorneys for Plaintiff
SPEX TECHNOLOGIES, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| SPEX TECHNOLOGIES, INC., <br><br> Plaintiff <br><br> v. <br><br> APRICORN, <br><br> Defendant. | Case No. 2:16-CV-07349-JVS (ARGx) <br><br> **PLAINTIFF SPEX TECHNOLOGIES, INC.'S NOTICE OF MOTION AND MOTION TO TAX COSTS FOR VISUAL AIDS PURSUANT TO 28 U.S.C. § 1920(4) AND L.R. 54-3.12** <br><br> **Hearing:** <br> Date:  May 4, 2020 <br> Time:  1:30 p.m. <br> Place:  Courtroom 10C <br> Judge:  Hon. James V. Selna |

## NOTICE OF MOTION AND MOTION

PLEASE TAKE NOTICE THAT at 1:30 p.m. on May 4, 2020, or as soon thereafter as the matter may be heard, in Courtroom 10C of the above-referenced court, located at 411 West 4th Street, Room 1053 Santa Ana, CA 92701-4516, Plaintiff SPEX Technologies, Inc. ("SPEX") will and hereby does move the Court to tax costs for visual aids pursuant to 28 U.S.C. § 1920(4) and L.R. 54-3.12. This motion is based on this Notice of Motion and Motion, the accompanying memorandum of points and authorities and the Declaration of Jacob R. Buczko in support of this motion and exhibits, the pleadings, records and files in this case, and such other matters as may be considered by the Court.

This motion is made following conferences of counsel pursuant to L.R. 7-3 which took place on March 23, 2020, March 30, 2020, and April 6, 2020.

DATED: April 6, 2020

Respectfully submitted,

RUSS, AUGUST & KABAT

/s/ Marc A. Fenster
Marc. A. Fenster

RUSS, AUGUST & KABAT
Marc A. Fenster, SBN 181067
mfenster@raklaw.com
Ben Wang, SBN 228712
bwang@raklaw.com
Andrew D. Weiss, SBN 232974
aweiss@raklaw.com

Attorneys for Plaintiff
**SPEX TECHNOLOGIES, INC.**

# CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Civil Rule 5-3.3 and 5.4

Dated: April 6, 2020               /s/ Marc. A. Fenster
                                   Marc A. Fenster