RUSS, AUGUST & KABAT
Marc A. Fenster, SBN 181067
mfenster@raklaw.com
Ben Wang, SBN 228712
bwang@raklaw.com
Andrew D. Weiss, SBN 232974
aweiss@raklaw.com
12424 Wilshire Boulevard
Twelfth Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

Attorneys for Plaintiff
SPEX TECHNOLOGIES, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| SPEX TECHNOLOGIES, INC.,<br><br>　　　　　Plaintiff<br><br>v.<br><br>APRICORN,<br><br>　　　　　Defendant. | Case No. 2:16-CV-07349-JVS (ARGx)<br><br>**PLAINTIFF SPEX TECHNOLOGIES, INC.'S MEMORANDUM OF POINTS AND AUTHORITES IN SUPPORT OF ITS MOTION TO TAX COSTS FOR VISUAL AIDS PURSUANT TO 28 U.S.C. § 1920(4) AND L.R. 54-3.12**<br><br>**Hearing:**<br>Date:　May 4, 2020<br>Time:　1:30 p.m.<br>Place:　Courtroom 10C<br>Judge: Hon. James V. Selna |

**SPEX'S BRIEF IN SUPPORT OF MOTION TO TAX COSTS FOR VISUAL AIDS PURSUANT TO 28 U.S.C. § 1920(4) AND L.R. 54-3.12**

Under 28 U.S.C. § 1920 and Local Rule 54-3.12, plaintiff SPEX Technologies, Inc. ("SPEX") seek costs for demonstrative visual aids used at trial, and requests that the Court tax costs of $68,188.00 that SPEX incurred preparing visual aids. (Invoices at Ex. A).

The Court may award costs for preparing visual aids under § 1920(4) and/or L.R. 54-3.12. *Little Oil Co., Inc. v. Atlantic Richfield Co.*, 852 F.2d 441, 448 (9th Cir. 1988) ("Costs for items such as summaries, computations, charts, graphs, etc. are recoverable under 28 U.S.C. § 1920 and Local Rule [54-3.12] for the Central District of California."); *Pom Wonderful LLC v. Ocean Spray Cranberries, Inc.*, No. CV 09-00565 DDP RZX, 2012 WL 4936470, at *1 (C.D. Cal. Oct. 17, 2012) ("Local Rule 54–4.13 allows taxation of costs for '[s]ummaries, computations, polls, surveys, statistical comparisons, maps, charts, diagrams, and other visual aids reasonably necessary to assist the jury or the Court in understanding the issues at the trial.' C.D. Cal. L.R. 54–4.13(a)."); *TCL Comms. Technology Holdings, Ltd. v. Telefonaktienbolaget LM Ericsson et al*, SACV 14-00341 JVS (ANx) (C.D. Cal. February 22, 2018) (Ex. B)(same).

SPEX paid TrialEdge LLC ("TrialEdge") to prepare its demonstrative trial exhibits. As shown in its invoices, TrialEdge worked on these demonstrative exhibits from January 20, 2019 to February 6, 2020. (Ex. A). The Court held a 6-day jury trial starting from January 30 to February 7, 2020, during which SPEX and it witnesses used the demonstrative exhibits TrialEdge prepared.

SPEX's demonstrative exhibits were reasonably necessary to assist the Court in understanding complex issues at trial. Those issues included SPEX's infringement allegations against Apricorn's accused products, which required display of numerous technical diagrams and depictions, including chip and electrical diagrams. SPEX and its witnesses, including expert witnesses, used SPEX's demonstrative exhibits to illustrate complex concepts such as infringement of means-plus-function

RUSS, AUGUST & KABAT

claim terms; multi-factor *Georgia Pacific* reasonable royalty damages models; and unpacking license agreements.

      SPEX is seeking taxation of only the highlighted items in Exhibit A, which concern the preparation of demonstrative visual aids to be used at trial by Erin Doyle and Sarah Southwell, who were involved only with preparation of trial demonstratives. Buczko Decl. ¶ 4. SPEX is not seeking costs associated with the intellectual effort or strategic work by TrialEdge. SPEX is also not seeking taxation of technical or presentation work. Indeed, SPEX has been conservative in favor of Apricorn. For example, Jeremiah Kelman of TrialEdge worked to prepare trial demonstrative visual aids, but also provided higher-level consulting services. Buczko Decl. ¶ 4. SPEX is not seeking taxation of any of Mr. Kelman's billed entries. In addition, Leveracity LLC performed work to prepare trial demonstratives, but also provided technical assistance including "hot seat" operation at trial. Buczko Decl. ¶ 5. SPEX is not seeking taxation of any of Leveracity's charges.

      For the above reasons, SPEX requests that the Court tax the $68,188.00 in costs SPEX incurred for TrialEdge's work preparing demonstrative graphics in the form of visual aids.

DATED: April 6, 2020

Respectfully submitted,

RUSS, AUGUST & KABAT

    */s/ Marc A. Fenster*
    Marc. A. Fenster

RUSS, AUGUST & KABAT
Marc A. Fenster, SBN 181067
mfenster@raklaw.com
Ben Wang, SBN 228712
bwang@raklaw.com
Andrew D. Weiss, SBN 232974
aweiss@raklaw.com

**SPEX'S BRIEF IN SUPPORT OF MOTION TO TAX COSTS FOR VISUAL AIDS PURSUANT TO 28 U.S.C. § 1920(4) AND L.R. 54-3.12**

Attorneys for Plaintiff
**SPEX TECHNOLOGIES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Civil Rule 5-3.3 and 5.4

Dated: April 6, 2020                                  /s/ *Marc. A. Fenster*
                                                      Marc A. Fenster