RUSS AUGUST & KABAT
Marc A. Fenster (SBN 181067)
Email: mfenster@raklaw.com
Benjamin T. Wang (SBN 228712)
Email: bwang@raklaw.com
Andrew D. Weiss (SBN 232974)
Email: aweiss@raklaw.com
Paul A. Kroeger (SBN 229074)
Email: pkroeger@raklaw.com
12424 Wilshire Boulevard, 12FL
Los Angeles, California 90025
310/826-7474 – Telephone
310/826-6991 – Facsimile

*Attorneys for Plaintiff*
SPEX TECHNOLOGIES, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPEX TECHNOLOGIES, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> APRICORN, INC., <br><br> *Defendant*. | Case No. 2:16-cv-07349-JVS-AGR <br><br> **DECLARATION OF JACOB R. BUCZKO IN SUPPORT OF PLAINTIFF SPEX TECHNOLOGIES, INC.'S MOTION TO TAX COSTS FOR VISUAL AIDS PURSUANT TO 28 U.S.C. § 1920(4) AND L.R. 54-3.12** <br><br> **Hearing:** <br> Date: May 4, 2020 <br> Time: 1:30 p.m. <br> Place: Courtroom 10C <br> Judge: Hon. James V. Selna |

**DECLARATION OF JACOB R. BUCZKO**

I, Jacob R. Buczko, declare and state as follows:

1. I am a member of the State Bar of California and an attorney at the firm of Russ, August & Kabat, counsel of record for Plaintiff SPEX Technologies, Inc. in the above-captioned action. I submit this declaration in support of Plaintiff SPEX Technologies, Inc.'s Motion to Tax Costs for Visual Aids Pursuant to 28 U.S.C. § 1920(4) and L.R. 54-3.12. I have personal knowledge of the facts set forth herein, and if called upon to testify, could and would testify competently thereto.

2. Attached as Exhibit A is a true and correct copy of highlighted invoices from TrialEdge LLC for the preparation of demonstrative visual aids at trial. The highlighted amounts pertain to preparation of demonstrative visual aids to be used at trial in this matter.

3. Attached as Exhibit B is a true and correct copy of this Court's Minute Order at *TCL Comms. Technology Holdings, Ltd. v. Telefonaktienbolaget LM Ericsson et al*, SACV 14-00341 JVS (ANx) (C.D. Cal. February 22, 2018).

4. SPEX is seeking taxation of only the highlighted items in Exhibit A, which concern the preparation of demonstrative visual aids to be used at trial by Erin Doyle and Sarah Southwell, who were involved only with preparation of trial demonstratives. Jeremiah Kelman of TrialEdge worked to prepare trial demonstrative visual aids, but also provided higher-level consulting services. SPEX is not seeking taxation of Mr. Kelman's billed entries.

5. Leveracity LLC performed work to prepare trial demonstrative visual aids, but also provided technical assistance including "hot seat" operation at trial. SPEX is not seeking taxation of Leveracity LLC's invoiced amounts.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed this 6th day of April, 2020 at Los Angeles, California.

| | |
|---|---:|
| 1 | By: */s/ Jacob R. Buczko* |
| 2 | Jacob R. Buczko |

RUSS, AUGUST & KABAT

2
**DECLARATION OF JACOB R. BUCZKO**