# EXHIBIT A

# TrialEDGE

## INVOICE

|      | From | **TRIALEDGE, LLC** <br> 1925 Century Park East <br> Suite 1700 <br> Los Angeles, CA 90067 |
|------|------|------|

| Invoice # | 1537 |
|---|---|
| Issue Date | 02/02/2020 |
| Due Date | 02/02/2020 (upon receipt) |
| Client/Matter | RAK (SPEX) / SPEX v. Apricorn |

| Invoice For | **Spex (Russ August & Kabat)** |
|---|---|

| Description | Hours | Amount |
|---|---|---|
| 12/20/2019 - Design Consulting / Erin Doyle: Diagram cleanup | 0.50 | $112.50 |
| 01/10/2020 - Design Consulting / Erin Doyle: Call to discuss graphics | 5.40 | $1,215.00 |
| 01/10/2020 - Design Consulting / Sarah Southwell: meeting with Paul. preparing slides for opening | 8.30 | $1,867.50 |
| 01/13/2020 - Design Consulting / Erin Doyle: Preparation of slides for trial | 8.20 | $1,845.00 |
| 01/13/2020 - Design Consulting / Sarah Southwell: preparing slides for opening | 7.60 | $1,710.00 |
| 01/14/2020 - Design Consulting / Erin Doyle: Preparation of slides for trial | 6.50 | $1,462.50 |
| 01/14/2020 - Design Consulting / Sarah Southwell: preparing slides for opening | 7.80 | $1,755.00 |
| 01/15/2020 - Design Consulting / Erin Doyle: Preparation of slides for trial | 7.70 | $1,732.50 |
| 01/15/2020 - Design Consulting / Sarah Southwell: preparing slides for opening | 8.10 | $1,822.50 |
| 01/16/2020 - Design Consulting / Erin Doyle: Preparation of slides for trial | 7.50 | $1,687.50 |
| 01/16/2020 - Design Consulting / Sarah Southwell: preparing slides for opening | 7.50 | $1,687.50 |
| 01/17/2020 - Design Consulting / Erin Doyle: Preparation of slides for trial | 4.90 | $1,102.50 |
| 01/17/2020 - Design Consulting / Sarah Southwell: preparing slides for opening | 7.50 | $1,687.50 |
| 01/22/2020 - Design Consulting / Erin Doyle: Preparation of slides for trial | 4.40 | $990.00 |
| 01/23/2020 - Design Consulting / Sarah Southwell: Preparing slides for opening at RAK office | 10.50 | $2,362.50 |
| 01/24/2020 - Design Consulting / Sarah Southwell: Preparing slides for opening at RAK office | 10.70 | $2,407.50 |

| | | |
|---|---:|---:|
| 01/24/2020 - Design Consulting / Erin Doyle: Travel to Santa Ana | 7.00 | $1,575.00 |
| COURTESY - Non-local air travel waived for local (LA/OC) trials | -7.00 | -$1,575.00 |
| 01/25/2020 - Design Consulting / Erin Doyle: onsite trial prep | 8.60 | $1,935.00 |
| 01/25/2020 - Consulting / Jeremiah Kelman: On site support in war room | 2.00 | $450.00 |
| 01/26/2020 - Design Consulting / Erin Doyle: On site trial prep | 13.60 | $3,060.00 |
| 01/26/2020 - Consulting / Jeremiah Kelman: On site graphics support in war room | 15.10 | $3,397.50 |
| 01/27/2020 - Design Consulting / Erin Doyle: On site trial prep | 16.40 | $3,690.00 |
| 01/27/2020 - Consulting / Jeremiah Kelman: On site graphics preparation in war room | 15.30 | $3,442.50 |
| 01/28/2020 - Consulting / Jeremiah Kelman: on site trial prep | 17.00 | $3,825.00 |
| 01/28/2020 - Design Consulting / Erin Doyle: Onsite trial prep | 16.10 | $3,622.50 |
| 01/29/2020 - Design Consulting / Erin Doyle: Onsite trial prep | 13.50 | $3,037.50 |
| 01/29/2020 - Consulting / Jeremiah Kelman: On site graphics prep in war room | 13.60 | $3,060.00 |
| 01/30/2020 - Design Consulting / Erin Doyle: Onsite trial prep | 14.40 | $3,240.00 |
| 01/30/2020 - Consulting / Jeremiah Kelman: On site graphics support at trial and war room | 12.50 | $2,812.50 |
| 01/31/2020 - Design Consulting / Erin Doyle: Onsite trial prep | 8.10 | $1,822.50 |
| 01/31/2020 - Consulting / Jeremiah Kelman: On site graphics support in war room and at trial | 10.00 | $2,250.00 |
| COURTESY - RAK Preferred IP Rates: 2 hours senior time comp | -2.00 | -$450.00 |

**Amount Due**     **$64,642.50**

**TrialEDGE**

# INVOICE

From **TRIALEDGE, LLC**
1925 Century Park East
Suite 1700
Los Angeles, CA 90067

| | |
|---|---|
| Invoice # | **1540** |
| Issue Date | 02/10/2020 |
| Due Date | 02/10/2020 (upon receipt) |
| Client/Matter | Spex / Apricorn |

Invoice For **Spex (Russ August & Kabat)**

| Description | Hours | Amount |
|---|---|---|
| 02/01/2020 - Design Consulting / Erin Doyle: Onsite trial prep | 6.00 | $1,470.00 |
| 02/01/2020 - Consulting / Jeremiah Kelman: On site graphics in war room | 6.00 | $1,350.00 |
| 02/02/2020 - Consulting / Jeremiah Kelman | 9.00 | $2,025.00 |
| 02/02/2020 - Design Consulting / Erin Doyle: Onsite trial prep | 13.50 | $3,307.50 |
| 02/03/2020 - Design Consulting / Erin Doyle: On-site trial prep | 13.80 | $3,381.00 |
| 02/03/2020 - Design Consulting / Jeremiah Kelman | 13.00 | $2,925.00 |
| 02/04/2020 - Design Consulting / Erin Doyle: Onsite trial prep | 10.20 | $2,499.00 |
| 02/04/2020 - Design Consulting / Jeremiah Kelman: On site graphics support at trial and war room | 11.00 | $2,475.00 |
| 02/05/2020 - Design Consulting / Erin Doyle: On site trial prep | 13.50 | $3,307.50 |
| 02/05/2020 - Consulting / Jeremiah Kelman: on site trial prep | 13.00 | $2,925.00 |
| 02/06/2020 - Design Consulting / Erin Doyle: Onsite trial prep (closing prep night) | 23.40 | $5,733.00 |
| 02/06/2020 - Consulting / Jeremiah Kelman: on site trial prep; closing graphics | 15.70 | $3,532.50 |
| 02/07/2020 - Consulting / Jeremiah Kelman: On site graphics; closing graphics | 10.00 | $2,250.00 |
| Expense - Printing - 36x48 Boards | 8.00 | $1,600.00 |
| Expense - Printing - Board Deliveries to OC | 1.00 | $200.00 |
| Expense - Printing - 36x60 Boards | 9.00 | $2,250.00 |
| Courtesy - board reprint to smaller size | 1.00 | -$1,000.00 |

Page 1 of 2

| | | |
|---|---:|---:|
| Expense: Misc. meals, coffee, snacks for graphics team 1/25-2/6 | 1.00 | **$848.42** |

| | |
|---:|---:|
| **Amount Due** | **$41,078.92** |