RUSS, AUGUST & KABAT
Marc A. Fenster, SBN 181067
mfenster@raklaw.com
Ben Wang, SBN 228712
bwang@raklaw.com
Andrew D. Weiss, SBN 232974
aweiss@raklaw.com
12424 Wilshire Boulevard
Twelfth Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

Attorneys for Plaintiff
SPEX TECHNOLOGIES, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| SPEX TECHNOLOGIES, INC., <br><br> Plaintiff <br><br> v. <br><br> APRICORN, <br><br> Defendant. | Case No. 2:16-CV-07349-JVS (ARGx) <br><br> **[PRPOSED] ORDER GRANTING PLAINTIFF SPEX TECHNOLOGIES, INC.'S MOTION TO TAX COSTS FOR VISUAL AIDS PURSUANT TO 28 U.S.C. § 1920(4) AND L.R. 54-3.12** <br><br> **Hearing:** <br> Date: May 4, 2020 <br> Time: 1:30 p.m. <br> Place: Courtroom 10C <br> Judge: Hon. James V. Selna |

**[PROPOSED] ORDER GRANTING MOTION TO TAX COSTS FOR VISUAL AIDS PURSUANT TO 28 U.S.C. § 1920(4) AND L.R. 54-3.12**

The Court, having reviewed Plaintiff SPEX Technologies, Inc.'s Motion to Tax Costs in the amount of $68,188.00 for Visual Aids pursuant to 28 U.S.C. § 1920(4) and L.R. 54-3.12, **HEREBY ORDERS** the motion **GRANTED.**

DATED: _____

Honorable James V. Selna