1  CHRISTOPHER D. BRIGHT
   (SBN 206273)
2  christopher.bright@morganlewis.com
   MORGAN, LEWIS & BOCKIUS LLP
3  600 Anton Boulevard, Ste. 1800
   Costa Mesa, California  92626
4  Telephone:   714.830.0600
   Facsimile:    714.830.0700
5
   MICHAEL J. LYONS
6  (SBN 202284)
   michael.lyons@morganlewis.com
7  AHREN C. HSU-HOFFMAN
   (SBN 250469)
8  ahren.hsu-hoffman@morganlewis.com
   EHSUN FORGHANY
9  (SBN 302984)
   ehsun.forghany@morganlewis.com
10 THOMAS Y. NOLAN
   (SBN 312025)
11 thomas.nolan@morganlewis.com
   MORGAN, LEWIS & BOCKIUS LLP
12 1400 Page Mill Road
   Palo Alto, CA 94304
13 Telephone:   650.843.7226
   Facsimile:    650.843.4001
14
   *Attorneys for Defendant,*
15 APRICORN

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPEX TECHNOLOGIES, INC.<br><br>    Plaintiff<br><br>    v.<br><br>APRICORN<br><br>    Defendant, | CASE NO.: 2:16-CV-07349 JVS (AGRx)<br><br>Hon. James V. Selna<br><br>**AMENDED JUDGMENT** |

On March 23, 2020, this Court entered Judgment in favor of SPEX Technologies, Inc. on its claim for infringement of U.S. Patent No. 6,088,802 (the "'802 patent"). D.I. 303. Thereafter, on August 10, 2020, this Court granted Defendant Apricorn's renewed motion for judgment as a matter of law of no infringement of the '802 patent. D.I. 342. Upon consideration of that order, and the record in this case, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

(1) Judgment is entered in favor of Apricorn and against SPEX Technologies, Inc. ("SPEX") as to SPEX's claim for infringement of the '802 patent; and that

(2) SPEX take nothing as to its claim against Apricorn;

(3) Pursuant to Federal Rule of Civil Procedure 54(d), Local Rule 54-1, and 28 U.S.C. § 1920, Apricorn is the prevailing party in this case and shall recover its costs from SPEX, and Apricorn is directed to file its proposed Bill of Costs.

The Clerk is directed to **CLOSE** the above-captioned case.

Dated: August 25, 2020

_____
JAMES V. SELNA
U.S. District Judge