RUSS, AUGUST & KABAT
Marc A. Fenster, SBN 181067
mfenster@raklaw.com
Ben Wang, SBN 228712
bwang@raklaw.com
Paul A. Kroeger, SBN 229074
pkroeger@raklaw.com
Andrew D. Weiss, SBN 232974
aweiss@raklaw.com
12424 Wilshire Boulevard
Twelfth Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

Attorneys for Plaintiff
SPEX TECHNOLOGIES, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| SPEX TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> APRICORN, INC., <br><br> Defendant. | Case No. 2:16-CV-07349-JVS-AGR <br><br> **NOTICE OF APPEAL BY PLAINTIFF SPEX TECHNOLOGIES, INC.** |

**NOTICE OF APPEAL**

# NOTICE OF APPEAL

Notice is hereby given that Plaintiff SPEX Technologies, Inc. ("SPEX") hereby appeals to the United States Court of Appeals for the Federal Circuit from the Order Regarding Claim Construction (Dkt. No. 62) entered in this action on October 18, 2017, the Order Regarding Defendant's Motions for Judgment as a Matter of Law or New Trial (Dkt. No. 342) entered in this action on August 10, 2020, the Amended Judgment (Dkt. No. 344) entered in this action on August 25, 2020, and from all other rulings adverse to SPEX entered in this action.

Respectfully submitted,

DATED: August 25, 2020        RUSS, AUGUST & KABAT

   /s/   Marc A. Fenster
    Marc A. Fenster

RUSS, AUGUST & KABAT
Marc A. Fenster, SBN 181067
mfenster@raklaw.com
Ben Wang, SBN 228712
bwang@raklaw.com
Paul Kroeger, SBN229074
pkroeger@raklaw.com
Andrew D. Weiss, SBN 232974
aweiss@raklaw.com
12424 Wilshire Boulevard
Twelfth Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

**Attorneys for Plaintiff**
**SPEX TECHNOLOGIES, INC.**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on August 25, 2020. As such, this document was served on all counsel who have consented to electronic service.

          /s/   Marc A. Fenster